

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00065-CR

_____

THOMAS RANDAZZO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-15-25590

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Court reporter Charla Reamy recorded the trial court proceedings in appellate cause number 06-17-00065-CR, styled *Thomas Randazzo v. The State of Texas*, trial court cause number CR-15-25590, in the 336th Judicial District Court of Fannin County, Texas. Thomas Randazzo has requested a copy of that record.

Prior to releasing volume six of the reporter's record, we asked Reamy to redact sensitive data from that portion of the record. *See* TEX. R. APP. P. 9.10. Reamy has respectfully declined our request to redact the sensitive data. Under Rule 9.10, sensitive data includes

> (1)　　a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number;
>
> (2)　　[a] bank account number, credit card number, and other financial account number; [and]
>
> (3)　　a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.

TEX. R. APP. 9.10(a). Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." Further, "[t]he filing of a document constitutes a certification by the filer that the document complies with paragraphs (a) and (b) of this rule." TEX. R. APP. P. 9.10(e).

Having determined that volume six of the reporter's record contains sensitive data, we hereby ORDER Reamy to redact any and all sensitive data, as that phrase is defined by Rule 9.10, from volume six.[1]

---

[1]Volume six of the reporter's record is an exhibit volume. This order does not require redaction of original exhibits. In accordance with Rule 9.10(d), "Sensitive data must be redacted by using the letter "X" in place of each omitted

2

The redacted volume six of the reporter's record is to be received no later than Thursday, November 1.  If the redacted reporter's record is not received by November 1, we warn Reamy that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:    October 17, 2018

---

digit or character or by removing the sensitive data in a manner indicating that the data has been redacted."  TEX. R. APP. P. 9.10(d).

3